**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **AREATHA ANDERSON, et al.** | **PLAINTIFFS** |
| **V.** | **NO. 3:26-CV-308-DMB-RP** |
| **ENPRO INDUSTRIES, INC., et al.** | **DEFENDANTS** |

## RECUSAL ORDER

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 13th day of October, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**